# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

NICHOLAS P. ROZDELSKY, Plaintiff,

V.

AMERICAN SIGNATURE, INC., d/b/a
VALUE CITY FURNITURE, Defendant.

07CV6815
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

AMERICAN SIGNATURE, INC., d/b/a VALUE CITY FURNITURE
c/o Illinois Corporation Service C, Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 4 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                              *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClientCaseID:    KANE                18554              CaseReturnDate:   12/6/07

**Affidavit of  A PRIVATE INVESTIGATOR**

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **07CV6815**

**I, JOHN J PENNELL**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  ACT LICENSE NUMBER #117-000697

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS IN A CIVIL CASE
ON THE WITHIN NAMED  DEFENDANT  **AMERICAN SIGNATURE, INC**
PERSON SERVED **HOLLY BLANKENSHIP, REG AGNT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/6/07**

That the sex, race and approximate age of the whom I left the    **SUMMONS IN A CIVIL CASE**
are as follow:

**Sex**  FEMALE  **Race**  WHITE          **Age**  28      **Height**  507        **Build**  MEDIUM        **Hair**  BLK

LOCATION OF SERVICE   **801   ADLAI STEVENSON DRIVE**
**SPRINGFIELD, IL, 62703**

Date Of Service    **12/6/07**            Time of Service    **1:54 PM**

JOHN J PENNELL                                    12/7/2007

**A PRIVATE INVESTIGATOR**
P.E.R.C. #129-205690

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.