IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS P. ROZDELSKY, : | |
| : | |
| Plaintiff, : | Case No. 07CV6815 |
| v. : | |
| : | Judge Conlon |
| AMERICAN SIGNATURE, INC. DBA : | |
| VALUE CITY FURNITURE, : | Magistrate Judge Schenkier |
| : | |
| Defendant. : | |
| : | |

### DEFENDANT AMERICAN SIGNATURE, INC.'S DISCLOSURE STATEMENT

NOW COMES American Signature, Inc., doing business as Value City Furniture, to hereby certify that, pursuant to Federal Rule of Civil Procedure 7.1, American Signature, Inc. is a wholly owned subsidiary of Schottenstein Stores Corporation, which is a privately held corporation. There are no publicly held corporations that own 5 percent or more of American Signature, Inc.

Respectfully submitted,

By: s/ Nina G. Stillman
Nina G. Stillman
Margit E. Anderson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001

Attorneys for Defendant American Signature, Inc.

1-CH/205413.1

OF COUNSEL:

Jacklyn J. Ford (Ohio Bar No. 0055771)
Stacia Marie Jones (Ohio Bar No. 0072401)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215
Telephone:  (614) 464-6400
Facsimile:  (614) 719-5138
jjford@vorys.com
smjones@vorys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, a copy of the foregoing Defendant American Signature, Inc.'s Disclosure Statement was filed using the Court's electronic system. Notice of filing will be sent by operation of the Court's electronic filing system to the following:

Lisa Kane, Esq. (06203093)
Lisa Kane & Associates
120 South LaSalle Street, Suite 1420
Chicago, IL  60603
(312) 606-0383

Attorney for Plaintiff

          s/ Nina G. Stillman
Nina G. Stillman
Margit E. Anderson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601
Telephone:  (312) 324-1000
Fax:  (312) 324-1001

Attorneys for Defendant American Signature, Inc.