IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS P. ROZDELSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 07 C 6815 |
| ) | |
| AMERICAN SIGNATURE, INC., d/b/a, ) | Hon. Suzanne B. Conlon |
| VALUE CITY FURNITURE, ) |  Judge Presiding |
| ) | Magistrate Judge Schenkier |
| Defendant. ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 17, 2008, at Chicago, and was attended by:

Janice A. Wegner  for Plaintiff

Stacia Marie Jones for Defendant

2. **Pre-Discovery Disclosures.**  The parties have exchanged (or) will exchange by January 31, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  Plaintiff's claims of age discrimination, Defendant's defenses, and damages.

The parties jointly propose that all discovery commenced in time to be completed by May 19, 2008.

The parties do not anticipate any modifications will be necessary to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules.

Plaintiff estimates eight to ten depositions will be necessary, however, once Rule 26(a)(1) Disclosures have been exchanged, counsel for Plaintiff will be in a position to be more definitive. Defendant presently estimates three (3) to five (5) deposition(s) will be necessary, but may require additional depositions depending on the course of discovery.

The parties do not anticipate the use of experts at this time subject to issues found during discovery and/or following Rule 26(a)(1) Disclosures. Should the parties find otherwise, an appropriate motion will be made.

Supplementation required under Rule 26(e) will be in accordance with that Rule.

4. **OTHER ITEMS.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference sixty (60) days after the Court rules on dispositive motions.

Plaintiff should be allowed until March 17, 2008 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 31, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 20, 2008.

Final Pretrial order: Plaintiff to prepare proposed draft thirty (30) days after ruling on any dispositive motion; parties to file joint final pretrial order within forty-five (45) days of ruling on any dispositive motion.

The case should be ready for trial by October of 2008 and at this time is expected to take approximately three (3) to four (4) days.

**OTHER MATTERS:**

Settlement: It appears unlikely that this matter will settle at the present time.

The parties **DO NOT consent unanimously to proceed before a Magistrate Judge.**

Dated: January ___ , 2008

| | |
|---|---|
| LISA KANE | NINA G. STILLMAN |
| LISA KANE & ASSOCIATES, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 120 SOUTH LA SALLE STREET | 77 WEST WACKER DRIVE |
| SUITE 1420 | FIFTH FLOOR |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60601 |
| (312) 606-0383 | (312) 324-1000 |
| ATTORNEY CODE NO. 06203093 | ATTORNEY CODE NO. 2737159 |