**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NICHOLAS P. ROZDELSKY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 07 C 6815** |
| | ) | |
| **AMERICAN SIGNATURE, INC., d/b/a,** | ) | **Hon. Suzanne B. Conlon** |
| **VALUE CITY FURNITURE,** | ) | **Judge Presiding** |
| | ) | **Magistrate Judge Schenkier** |
| **Defendant.** | ) | |

**NOTICE OF FILING**

TO:    Nina G. Stillman, Esquire
         Morgan, Lewis & Bockius LLP
          77 West Wacker Drive, Fifth Floor
          Chicago, Illinois 60601

Please take notice that the 28th day of January, 2008, the Report of Parties' Planning Meeting was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

**PROOF OF SERVICE**

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 28th day of January, 2008, before the hour of 5:30 P.M.

s/ Lisa Kane