Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6815 | **DATE** | 1/29/2008 |
| **CASE TITLE** | NICHOLAS P. ROZDELSKY vs. AMERICAN SIGNATURE, INC., d/b/a VALUE CITY FURNITURE | | |

**DOCKET ENTRY TEXT**

The parties report they will comply with Rule 26(a)(1) by January 31, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by May 19, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions June 5, 2008 at 9:00 a.m.; plaintiff's draft pretrial order shall be given to defendant by May 28, 2008. The case is placed on the June trial calendar.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|