IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS P. ROZDELSKY, | : |
| Plaintiff, | : Case No. 07CV6815 |
| v. | : |
| | : Judge Conlon |
| AMERICAN SIGNATURE, INC. DBA VALUE CITY FURNITURE, | : Magistrate Judge Schenkier |
| Defendant. | : |

**DEFENDANT AMERICAN SIGNATURE, INC.'S
MOTION FOR LEAVE TO AMEND ANSWER**

COMES NOW Defendant American Signature, Inc., doing business as Value City Furniture, ("Defendant") and moves this Court for leave to amend its Answer pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support thereof, Defendant states as follows:

1. Pursuant to Fed. R. Civ. P. 15(a), leave to amend a party's pleading "should, as the rules require, be 'freely given'." Matter of Stavriotis, 977 F.2d 1202, 1204-05 (7th Cir. 1992).

2. The deadline to amend pleadings set forth in the parties' Report of Parties' Planning Meeting, submitted to the Court on January 28, 2008, has not yet expired.

3. Defendant seeks to amend Paragraphs 20 and 27 of its Answer, and Affirmative Defense Five to correct errors.

4. A copy of the proposed First Amended Answer is attached hereto as Exhibit A.

1-CH/208445.1

WHEREFORE, Defendant respectfully requests this Court to allow it to amend its Answer.

Respectfully submitted,

/s/ Nina G. Stillman
Jacklyn J. Ford *(admitted pro hac vice)*
Stacia Marie Jones *(admitted pro hac vice)*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: 614.464.6400
Facsimile: 614.719.5138
Email: jjford@vorys.com
smjones@vorys.com

Attorneys for Defendant
American Signature, Inc. dba Value City Furniture

OF COUNSEL:

Nina G. Stillman
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
Attorneys for Defendant American Signature, Inc.
dba Value City Furniture

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa Kane, Esq.
Lisa Kane & Associates
120 South LaSalle Street, Suite 1420
Chicago, IL  60603


/s/ Nina G. Stillman
Nina G Stillman
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601
Telephone:  (312) 324-1000
Fax:  (312) 324-1001
Attorneys for Defendant American Signature, Inc.
dba Value City Furniture