IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS P. ROZDELSKY, | : | |
| | : | |
| Plaintiff, | : | Case No. 07CV6815 |
| v. | : | |
| | : | Judge Conlon |
| AMERICAN SIGNATURE, INC. DBA | : | Magistrate Judge Schenkier |
| VALUE CITY FURNITURE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT AMERICAN SIGNATURE, INC.'S
NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER**

To:   Lisa Kane
      Lisa Kane & Associates
      120 South LaSalle Street
      Suite 1420
      Chicago, Illinois  60603

   PLEASE TAKE NOTICE that on Tuesday, February 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Colon or any other Judge sitting in her place in the courtroom usually occupied by her in Room 1743 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion for Leave to File an Amended Answer.

                              Respectfully submitted,
                              AMERICAN SIGNATURE, INC. DBA
                              VALUE CITY FURNITURE

                              By: /s/ Nina G. Stillman
                                    One of Its Attorneys
                              Jacklyn J. Ford *(admitted pro hac vice)*
                              Stacia Marie Jones *(admitted pro hac vice)*
                              VORYS, SATER, SEYMOUR AND PEASE LLP
                              52 E. Gay Street, P.O. Box 1008
                              Columbus, OH  43216-1008
                              Telephone:  614.464.6400
                              Facsimile:  614.719.5138
                              Email: jjford@vorys.com
                                     smjones@vorys.com

OF COUNSEL:

Nina G. Stillman
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601
Telephone:  (312) 324-1000
Fax:  (312) 324-1001
Attorneys for Defendant American Signature, Inc.
dba Value City Furniture

1-CH/208448.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa Kane, Esq.
Lisa Kane & Associates
120 South LaSalle Street, Suite 1420
Chicago, IL  60603

/s/ Nina G. Stillman
Nina G Stillman
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601
Telephone:  (312) 324-1000
Fax:  (312) 324-1001
Attorneys for Defendant American Signature, Inc.
dba Value City Furniture

1-CH/208448.1