# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6815 | **DATE** | 2/26/2008 |
| **CASE TITLE** | NICHOLAS ROZDELSKY vs. AMERICAN SIGNATURE, INC. | | |

**DOCKET ENTRY TEXT**

Defendant American Signature, Inc.'s motion [19] for leave to amend answer is entered and continued to February 28, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06815 Document 21 Filed 02/26/2008 Page 1 of 1

07C6815 NICHOLAS ROZDELSKY vs. AMERICAN SIGNATURE, INC.     Page 1 of 1