# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6815 | **DATE** | 2/28/08 |
| **CASE TITLE** | NICHOLAS P. ROZDELSKY vs. AMERICAN SIGNATURE, INC. | | |

**DOCKET ENTRY TEXT**

Defendant American Signature, Inc.'s motion [20] for leave to amend answer is granted. All previously set dates stand. See scheduling order entered January 29, 2008.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|