IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS P. ROZDELSKY, | : | |
| Plaintiff, | : | Case No. 07CV6815 |
| v. | : | Judge Conlon |
| AMERICAN SIGNATURE, INC. DBA VALUE CITY FURNITURE, | : | Magistrate Judge Schenkier |
| Defendant. | : | |

RECEIVED JAN 3 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

RECEIVED FEB 04 2008 JUDGE SUZANNE B. CONLON United States District Court

## APPLICATION TO APPEAR PRO HAC VICE

I, Jacklyn J. Ford, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of American Signature, Inc. d/b/a Value City Furniture, by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| The Supreme Court of Ohio | 1991 |
| United States District Court, Northern District of Ohio | 1992 |
| United States District Court, Southern District of Ohio | 1996 |
| United States Court of Appeals for the Sixth Circuit | 1997 |
| United States Supreme Court | 1998 |
| United States District Court, Eastern District of Michigan | 2006 |
| United States Court of Appeals for the Seventh Circuit | 2007 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ☒   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | | | |
|---|---|---|---|---|
| Censured, suspended, disbarred, or otherwise disciplined by an court? | Yes | ☐ | No | ☒ |
| Or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes | ☐ | No | ☒ |
| Transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes | ☐ | No | ☒ |
| Denied admission to the of any court? | Yes | ☐ | No | ☒ |
| Held in contempt of court? | Yes | ☐ | No | ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

1/24/08
Date

Jacklyn J. Ford

| Applicant's Name Applicant's Law Firm | Last Name | First Name | Middle Name/Initial |
|---|---|---|---|
| | Ford | Jacklyn | J. |

| Applicant's Address | Street Address (include suite or room number) 52 E. Gay Street | | State Bar Number 0055771 |
|---|---|---|---|
| | City Columbus | State OHIO | Zip Code 43215 | Work Phone Number (614) 464-8230 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

Note: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00. The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp)
PAID
RECEIPT # LO913688
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER:**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 2/4/2008

Suzanne B. Conlon
United States District Judge

# The Supreme Court of Ohio

CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Jacklyn Judeen Ford

was admitted to the practice of law in Ohio on November 18, 1991; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of December, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*