# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6815 | **DATE** | 5/16/2008 |
| **CASE TITLE** | NICHOLAS P. ROZDELSKY vs. AMERICAN SIGNATURE, INC. | | |

**DOCKET ENTRY TEXT**

The parties have advised that the case has settled. The case is dismissed pursuant to the settlement agreement. All previously set dates are vacated.

*Suzanne B. Conlon* [signature]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|