IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS P. ROZDELSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07 C 6815 |
| | ) |
| AMERICAN SIGNATURE, INC., d/b/a, | ) Hon. Suzanne B. Conlon |
| VALUE CITY FURNITURE, | ) Judge Presiding |
| | ) Magistrate Judge Schenkier |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, NICHOLAS P. ROZDELSKY, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, AMERICAN SIGNATURE, INC., d/b/a VALUE CITY FURNITURE, by its attorney, STACIA MARIE JONES of VORYS, SATER, SEYMOUR AND PEASE, LLP that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: June 7, 2008

NICHOLAS P. ROZDELSKY,                          AMERICAN SIGNATURE, INC., d/b/a
                                                VALUE CITY FURNITURE,

By /s/ Lisa Kane                                By /s/ Stacia Marie Jones (by consent)
LISA KANE                                       STACIA MARIE JONES
LISA KANE & ASSOCIATES, P.C.                    VORYS, SATER, SEYMOUR
Attorney for Plaintiffs                          AND PEASE LLP
120 South LaSalle Street                        Attorney for Defendant
Suite 1420                                      52 East Gay Street
Chicago, Illinois 60603                         Columbus, Ohio 43216
(312) 606-0383                                  (614) 464-5492
ATTORNEY CODE NO. 06203093