IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS P. ROZDELSKY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 07 C 6815 |
| | ) | |
| **AMERICAN SIGNATURE, INC., d/b/a,** | ) | Hon. Suzanne B. Conlon |
| **VALUE CITY FURNITURE,** | ) | Judge Presiding |
| | ) | Magistrate Judge Schenkier |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:  Stacia Marie Jones, Esquire         Nina G. Stillman, Esquire
     Vorys, Sater, Seymour and Pease LLP  Morgan, Lewis & Bockius LLP
     52 East Gay Street                   77 West Wacker Drive, Fifth Floor
     Columbus, Ohio 43216                 Chicago, Illinois 60601

Please take notice that the 7th day of June, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

/s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 7th day of June, 2008, before the hour of 5:00 P.M.

/s/ Lisa Kane